UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00389

**Jack Cody Raburn,**
*Plaintiff,*

v.

**Henderson County Sheriff's Office et al.,**
*Defendants.*

# ORDER

Plaintiff Jack Cody Raburn, an inmate proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On June 5, 2024, the magistrate judge entered a report recommending that defendants' motion to dismiss for failure to prosecute be denied because plaintiff continues to prosecute his claims despite his failure to notify the court expressly of his change of address. Doc. 78. No party filed timely objections to the report.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts the report's findings and recommendations. Defendants' motion to dismiss (Doc. 75) is denied.

*So ordered by the court on July 16, 2024.*

J. CAMPBELL BARKER
United States District Judge